No. 01–5865. BRACK v. OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 01–5876. WILLIAMS v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5878. WILLIAMS v. JACKSON, SUPERINTENDENT, BROWN CREEK CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 01–5885. CHAVEZ v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF PRISONS. C. A. 9th Cir. Certiorari denied.

No. 01–5894. MANNS v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5898. JALOWIEC v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–5901. POLK v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5917. BUCKLEW v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 01–5921. WOODS v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 01–5936. FEURTADO v. MCNAIR ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5957. EATON v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 01–5967. TRAVIS v. OREGON BOARD OF PAROLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5981. HAMPEL ET VIR v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5988. ANDERSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01–5990. COLBERT v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.